IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PROHIBITION DISTILLERY LLC | ) | |
| | ) | |
| v. | ) | NO. 3:20-0071 |
| | ) | Campbell/Holmes |
| BOOTLEGGERS LLC | ) | |

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on April 14, 2020, Defendant filed a motion to change venue with supporting memorandum and declaration (Docket No. 24). The deadlines for responsive filings are provided for in prior orders of the Court. (Docket Entry No. 23).

The Clerk of Court shall forward this motion and any responsive filings for the District Judge's consideration. All previously imposed deadlines remain in effect absent further order of the Court.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge